UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNTER GILL,

    Plaintiff,

v.                                            CASE NO. 8:18-cv-1388-T-26SPF

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with Defendant's submission, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and to Stay Pending Appellate Review (Dkt. 24) is denied.[1] In the Court's view, Defendant fails to overcome the high burden placed on a litigant seeking interlocutory review of a district court's order pursuant to § 1292(b). This case is just another "garden-variety" consumer law case that this Court has presided over on numerous occasions and does not qualify as the type of exceptional case appropriate for interlocutory review by the Eleventh Circuit Court of Appeals under § 1292(b). See Cooper v. Navient Sol., LLC, 2017 WL 2291329 (M.D. Fla. 2017).

**DONE AND ORDERED** at Tampa, Florida, on September 17, 2018.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] Given this disposition of the motion, the Court needs no response from Plaintiff.